85 So.3d 581 (2012)
Audley FEARON and Charmaine Fearon, Appellants,
v.
BANKUNITED, FSB, Appellee.
No. 4D11-2085.
District Court of Appeal of Florida, Fourth District.
April 25, 2012.
Jay L. Farrow of Farrow Law, P.A., Davie, for appellants.
Patricia M. Baloyra and Francisco Armada of Broad and Cassel, Miami, for appellee.
PER CURIAM.
Affirmed. See Beaulieu v. J.P. Morgan Chase Bank, N.A., 80 So.3d 365 (Fla. 4th DCA 2012).
WARNER, STEVENSON and GROSS, JJ., concur.